# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

CURTIS SMITH,

    Plaintiff,

vs.

DUBUQUE COUNTY JAIL, MICHAEL MUENSTER, EDWARD BAKER, SNYDER, BUTZIER, LISA ALTHAUS, VICKI DOE,

    Defendants.

No. C11-1043-LRR

ORDER

---

    This matter is before the court on the plaintiff's notice of appeal (docket no. 8). The clerk's office received the plaintiff's notice of appeal on February 27, 2012 and filed it on February 28, 2012. *See* Fed. R. App. P. 4(a)(1)(A) (requiring a notice of appeal to be filed within 30 days after the judgment or order appealed from is entered).[1]

    Pursuant to the procedure set forth by the Eighth Circuit Court of Appeals in *Henderson v. Norris*, 129 F.3d 481 (8th Cir. 1997), the plaintiff is liable for the $455.00 appeal fees upon the filing of his notice of appeal. *Henderson*, 129 F.3d at 484; *see also* 28 U.S.C. § 1914(b) (directing Clerk of Court to collect "additional fees only as are prescribed by the Judicial Conference of the United States"). The court previously granted the plaintiff in forma pauperis status, and it is appropriate to allow the plaintiff to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24. Given the record, the plaintiff is

---

[1] The court notes that judgment entered against the plaintiff on January 12, 2012 and the plaintiff did not date his notice of appeal or his accompanying motion for appointment of counsel. Nevertheless, the record indicates that the plaintiff's legal mail was inspected on February 21, 2011 and the envelope contains a postmark of February 23, 2012. By this order, the court expresses no opinion whether the plaintiff's notice appeal is timely.

assessed an initial appellate partial fee of $35.00, which he is directed to submit immediately to the clerk's office. *Henderson*, 129 F.3d at 484-85; *see also* 28 U.S.C. § 1915(b)(1). In addition, the plaintiff is directed to submit monthly payments of 20 percent of the preceding month's income credited to his inmate account until the $455.00 appeal fees are paid in full. 28 U.S.C. § 1915(b)(2). The agency having custody of the plaintiff is directed to forward payments from his inmate account to the Clerk of Court each time the amount in the account exceeds $10.00. 28 U.S.C. § 1915(b)(2).

The Clerk of Court is directed to forward this matter to the Eighth Circuit Court of Appeals for further disposition.

**IT IS SO ORDERED**.

**DATED** this 5th day of March, 2012.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

TO: **WARDEN/ADMINISTRATOR**
**Newton Correctional Facility, Newton, Iowa**

## NOTICE OF COLLECTION OF FILING FEE

You are hereby given notice that Curtis Smith, #6035808, an inmate at your facility, has filed an appeal in the United States District Court for the Northern District of Iowa: *Smith v. Dubuque County Jail et al.*, Case No. C11-1043-LRR. The inmate was granted in forma pauperis status pursuant to 28 U.S.C. § 1915(b), which requires partial payments of the $455.00 appellate fees. The United States District Court for the Northern District of Iowa has assessed an initial partial filing fee of $35.00, which the inmate must pay now to the Clerk of Court. 28 U.S.C. § 1915(b)(1); *see also Henderson v. Norris*, 129 F.3d 481, 484 (8th Cir. 1997).

> After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the Clerk of Court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915(b)(2). If the inmate currently does not have sufficient funds to pay the initial partial filing fee, you must monitor the account and send payments to the Clerk of Court according to the system provided in 28 U.S.C. § 1915(b)(2).

Please make the appropriate arrangements to have these fees deducted and sent to the court as required under the statute.



By: s/SKM, Deputy Clerk
Robert L. Phelps
U.S. District Court Clerk
Northern District of Iowa